



OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY

RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908
(718) 250-2000

**CHARLES J. HYNES**
*District Attorney*

Rhea A. Grob
*Assistant District Attorney*

November 21, 2005

By electronic email
Honorable Frederic Block
United States District Court Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Application for an extension until 1/13/06 is granted
So ordered.
[signature] USDJ 11/22/05

Re: Perkins v. Walsh
05-CV-4379 (FB)

Dear Judge Block:

I am writing to request an enlargement of time in which to file respondent's answer to petitioner's application for a writ of <u>habeas corpus</u> in the above-captioned case, now due on November 25, 2005. I am in the process of obtaining all of the relevant records that will be necessary to respond to the petition, and am working under several deadlines in other cases. In order to give the case adequate attention, I will need an extension until January 13, 2006. I have spoken with defendant's counsel, Susan Epstein, Esq., and she has consented to my request for an extension of time and asks that she, in turn be allowed thirty days from my response to file a reply. Thank you for your consideration.

Sincerely,

[signature]

Rhea A. Grob
Assistant District Attorney
(718) 250-2480

By mail
cc: Susan Epstein, Esq.
The Legal Aid Society
Criminal Appeals Bureau
199 Water Street
New York, New York 10038